1

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT FOR THE**

8             **EASTERN DISTRICT OF CALIFORNIA**

9

10    JACK M. MAISLER,                           NO. 1:10-cv-00399-GSA-PC
                                            )
11                                          )   ORDER DISMISSING ACTION
                         Plaintiff,         )
12                                          )
             v.                             )
13                                          )
      JAMES YATES, et al.,                  )
14                                          )
                         Defendants.        )
15    _____  )

16

17         Plaintiff is a former state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

18    U.S.C. § 1983.   Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §

19    636(c)(1).

20         By order filed November 18, 2010, the operative complaint was dismissed for failure to

21    state a claim.  Plaintiff was granted leave to file an amended complaint, and directed to do so

22    within thirty days.  Plaintiff has not filed an amended complaint.

23         In the November 18, 2010, order the Court informed Plaintiff of the deficiencies in his

24    complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

25    upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

26    Court dismisses the claims made in the original complaint without prejudice for failure to state a

27    federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448

28    (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to

dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **December 22, 2010**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

2